**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 9, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00253-CV
_____

## IN RE STEPHEN MCCARTY, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**505th District Court**<br>**Fort Bend County, Texas**<br>**Trial Court Cause No. 16-DCV-237771** |

## OPINION

On April 3, 2020, relator Stephen McCarty filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable David Perwin, presiding judge of the 505th District Court of Fort Bend County, to vacate his April 3, 2020 order setting aside the jury's verdict and granting a new trial on conservatorship, possession, and access in the underlying divorce action.

Relator has the burden to provide this court with a sufficient record to establish his right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has not provided a sworn or certified copy of every document that is material to his claim for relief and that was filed in the underlying proceeding. *See* Tex. R. App. P. 52.7(a); *see also* 52.3(k)(1)(A).

Relator also filed a motion to stay the trial court's proceedings. Relator, however, has not shown that he sought a stay of the proceedings in the trial court before requesting such relief in this court.

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny both relator's petition for writ of mandamus and motion to stay without prejudice to refiling.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.